AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__SOUTHERN__    District of    __OHIO (WESTERN DIVISION)__

UNITED STATES OF AMERICA

V.

CLAYTON O WARNER

**WARRANT FOR ARREST**

Case Number:   1:02cr0009

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   __Clayton O Warner__
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   **x** Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

   Possession of Counterfeit Securities of a Political Subdivision, a Class C Felony,

in violation of Title   __18__   United States Code, Section(s)   __513(a)__

Timothy S Hogan
Name of Issuing Officer

*[Signature]*
Signature of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

12/7/2004 at Cincinnati, Ohio
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |