AO 468 (1/86) Waiver of Preliminary Examination or Hearing ⊕

# United States District Court

2005 AUG -4  AM 11: 53

Southern _____ DISTRICT OF Ohio (Western Division)

UNITED STATES OF AMERICA

v.

Clayton Warner

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: 1:02cr9

I, Clayton Warner _____, charged in a (complaint) (petition)

pending in this District with ___ Supervised Release Viol ___

in violation of Title ___18___, U.S.C., ___3583___,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

x C. Varner
*Defendant*

8/4/05
*Date*

W. _____
*Counsel for Defendant*