UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,
    Plaintiff

v.                                    Case No.   1:02-cr-9

Clayton O. Warner,
    Defendant

**NOTICE**

   The above captioned case is scheduled for Sentencing on Supervised Release Violation on September 1, 2005 at 10:00 a.m., before the Honorable Sandra S. Beckwith in courtroom 822.

August 22, 2005                        s/Mary Brown
Date                                   Mary Brown, 513.564.7520
                                        Case Manager to Judge Beckwith