**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

**United States of America**

vs.                                  Case No.   1:02-cr-9

**Clayton O. Warner**

**CRIMINAL MINUTES - *Sentencing on Violation***

*(10:04 A.M. - 10:31 AM)*

U.S. ATTORNEY PRESENT: _Tim Oakley_

COUNSEL FOR DEFENDANT: _Kelly Johnson_

PROBATION OFFICER: _Robert Finnmeyer_

Waiver of Indictment filed _____     INFORMATION filed _____

Defendant waives reading of:   Indictment _____     Information _____

Statement of Agent _____

Defendant pleads:  **GUILTY**_____

          **NOT GUILTY**_____

          **NOLO CONTENDERE**_____

Plea *preliminarily/formally* accepted by the court _____

Case referred to Probation Department for Presentence Report _____

Bond of _____ Continued _____ Set _____ ✓

Defendant in custody pursuant to pretrial detention order ✓

An appeal of sentence to be filed by Clerk of Court _____

Defendant does not desire an appeal to be filed by the Clerk at this time ✓

Defendant moves to withdraw original plea of Not Guilty and enter a plea of Guilty - Motion is Granted _____

REMARKS: Δ admits ~~violations~~ violations. Δ requests 12 months/very strict home confinement. Δ played VHS tape of Ms. Patterson who speaks on Δ's behalf for home incarceration. Supervised release is REVOKED.
SENTENCE: 24 months imprisonment, no supervision to follow.

**Court Personnel**

Honorable: Sandra S. Beckwith, Chief Judge

Deputy Clerk: Mary Brown

Court Reporter: Mary Ann Ranz (Official)

Date: Thursday, Sept 1, 2005